No. 26-12027

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

◆

JEFFERY LEE,
*Plaintiff-Appellee*,

v.

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, et al.,
*Defendants-Appellants*.

◆

On Appeal from the United States District Court for the
Middle District of Alabama (Case No. 2:25-cv-00680-ECM)

## STIPULATION OF DISMISSAL

Steve Marshall
*Alabama Attorney General*

A. Barrett Bowdre
*Solicitor General*

Robert M. Overing
*Principal Deputy Solicitor General*

Lauren A. Simpson
*Deputy Attorney General*

Polly S. Kenny
Brenton L. Thompson
Talmadge Butts
*Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

*Lee v. Commissioner, Ala. Dep't of Corr.*, No. 26-12027

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Alabama Department of Corrections

2. American Thoraic Society (Amicus curiae in prior appeal)

3. Antognini, Dr. Joseph F. (Defendants' expert)

4. Arnold & Porter Kaye Scholer LLP (counsel for Appellee)

5. Bastarache, Dr. Julie A. (Plaintiff's expert)

6. Bickler, Dr. Philip E. (Plaintiff's expert)

7. Bowdre, A. Barrett (counsel for Appellants)

8. Bredar, Thomas (counsel for amicus curiae)

9. Butts, Talmadge (counsel for Appellants)

10. Ciliberti, Angelique (counsel for Appellee)

11. Cline, Kevin A. (counsel for Appellee)

12. Hamm, John Q. (Former commissioner of the Alabama Department of Corrections, former defendant)

13. Heath, Dr. Mark J. (Plaintiff's expert)

14. Huynh, Tommy (counsel for Appellee)

15. Jones, R. Stanton (counsel for amicus curiae)

C-1 of 3

*Lee v. Commissioner, Ala. Dep't of Corr.*, No. 26-12027

16. Kenny, Polly S. (counsel for Appellants)

17. Lee, Jeffery (Plaintiff-Appellee)

18. Lovelace, Greg (Commissioner of the Alabama Department of Corrections, Defendant-Appellant)

19. Marks, Hon. Emily C. (district judge)

20. Marshall, Steve (Alabama Attorney General)

21. Overing, Robert M. (counsel for Appellants)

22. Raybon, Terry (Warden, Holman Correctional Facility, Defendant-Appellant)

23. Reichman, Dylan S. (counsel for amicus curiae)

24. Schoenfield, Alan E. (counsel for amicus curiae)

25. Schwartzstein, Dr. Richard M. (Plaintiff's expert)

26. Sharpe, Paige H. (counsel for Appellee)

27. Simpson, Lauren A. (counsel for Appellants)

28. Stinneford, John F. (amicus curiae)

29. Thompson, Anna Ku (counsel for Appellee)

30. Thompson, Brenton L. (counsel for Appellants)

31. Thompson, Caleb (counsel for Appellee)

32. Trial Lawyers for Justice (counsel for amicus curiae)

33. Tutt, Andrew T. (counsel for amicus curiae)

*Lee v. Commissioner, Ala. Dep't of Corr.*, No. 26-12027

34.   Uria, Alejandra C. (counsel for Appellee)

35.   Vladeck, Stephen (amicus curiae)

36.   Wiesner, Jocelyn A. (counsel for Appellee)

37.   Williams, Dr. James S. (Plaintiff's expert)

38.   Wilmer, Cutler, Pickering, Hale & Dorr LLP (counsel for amicus curiae)

Undersigned also certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

*/s/ Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*

C-3 of 3

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure, the parties to this litigation have voluntarily agreed to dismiss the appeal with prejudice. Rule 42 provides in relevant part:

**(b) Dismissal in the Court of Appeals.**

> **(1) Stipulated Dismissal.** The circuit clerk must dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due.

The parties have agreed that any costs should be assessed against Appellants, pursuant to Rule 39(a)(1) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

*For Plaintiff-Appellee:*

**/s/ Paige H. Sharpe**
Paige H. Sharpe
Anna K. Thompson
Kevin A. Cline
Jocelyn A. Wiesner
Alejandra C. Uria

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Paige.Sharpe@arnoldporter.com
Anna.Thompson@arnoldporter.com
Kevin.Cline@arnoldporter.com
Jocelyn.Wiesner@arnoldporter.com
Alejandra.Uria@arnoldporter.com

*For Defendants-Appellants:*

Steve Marshall
*Alabama Attorney General*

A. Barrett Bowdre
*Solicitor General*

Robert M. Overing
*Principal Deputy Solicitor General*

**/s/ Lauren A. Simpson**
Lauren A. Simpson
*Deputy Attorney General*

Polly S. Kenny
Talmadge Butts
Brenton Thompson
*Assistant Attorneys General*

STATE OF ALABAMA

1

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Barrett.Bowdre@AlabamaAG.gov
Robert.Overing@AlabamaAG.gov
Lauren.Simpson@AlabamaAG.gov

Polly.Kenny@AlabamaAG.gov
Talmadge.Butts@AlabamaAG.gov
Brenton.Thompson@AlabamaAG.gov

*Counsel for Appellants*

2

**CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limitations set forth in FED. R. APP. P. 27(d)(2)(a) because it contains 101 words, including all headings, footnotes, and quotations, and excluding the parts exempted under FED. R. APP. P. 32(f) and 11th Cir. R. 32-4.

2. In addition, this docuemtn complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

*/s/ Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*
*Counsel for Appellants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will serve electronic notice upon counsel of record.

/s/ *Lauren A. Simpson*_____
Lauren A. Simpson
*Deputy Attorney General*
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

3